Francisco A. Villegas
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; NEUROGRAFIX; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOSPITAL FOR SPECIAL SURGERY PHO, INC.; and NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY, d/b/a HOSPITAL FOR SPECIAL SURGERY,<br><br>Defendants. | Civil Action No. 1:12cv7998 (TPG)<br><br> |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE
OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims. This stipulation is based upon Defendants' representation and warranty, made by way of this stipulation, that they only use

Magnetic Resonance Imaging (MRI) equipment and MRI software made and sold by General Electric. Each party shall bear its own attorneys' fees and costs.

Dated: December 20, 2012

Respectfully submitted,

By: _____
Francisco A. Villegas
Damir Cefo
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: 212-957-7600
Fax: 212-957-4514
fvillegas@cohengresser.com
dcefo@cohengresser.com

Attorneys for Plaintiffs Neurography Institute Medical Associates, Inc., Neurografix and Image-Based Surgicenter Corporation

By: _____
S/ Peter Ludwig
Samuel Woodley
Irene E. Hudson
FISH & RICHARDSON PC
601 Lexington Avenue, 52nd Floor
New York, NY 10022-4611
Telephone: 212-765-5070
Fax: 212-258-2291
hudson@fr.com

Attorney for Defendants The Hospital for Special Surgery PHO, Inc. and New York Society for the Relief of the Ruptured and Crippled, Maintaining The Hospital for Special Surgery, d/b/a Hospital for Special Surgery

IT IS SO ORDERED this 21st day of December, 2012

_____
Hon. Thomas P. Griesa
United States District Judge